FILED

MAR 17 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. **16 CR 181** |
| | ) |
| v. | ) Violation: Title 18, United States |
| | ) Code, Section 2339A **JUDGE ELLIS** |
| AWS MOHAMMED YOUNIS AL-JAYAB | ) <u>INDICTMENT</u> |

**MAGISTRATE JUDGE COX**

THE SPECIAL JANUARY 2015 GRAND JURY charges:

Beginning no later than in or about October 2012, and continuing until on or about January 23, 2014, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

AWS MOHAMMED YOUNIS AL-JAYAB,

defendant herein, attempted to provide material support and resources, namely, personnel (including himself), knowing and intending that they were to be used in the preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956(a)(1) (conspiracy to kill, kidnap, maim, or injure persons outside of the United States);

In violation of Title 18, United States Code, Section 2339A.

TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY