UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AWS MOHAMMED YOUNIS AL-JAYAB | No. 16 CR 181<br><br>Judge Sara L. Ellis |

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, hereby provides notice to the Court and to defendant Aws Mohammed Younis Al-Jayab, that pursuant to Title 50, United States Code, Sections 1825(d) and 1881e(a), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained or derived from physical searches and acquisitions acquired pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, Title 50,

United States Code, Sections 1821-1829 and 1881a.

                    Respectfully Submitted,

                    ZACHARY T. FARDON
                    United States Attorney

By:    */s/ Barry Jonas*
                    Barry Jonas
                    Shoba Pillay
                    Assistant United States Attorneys
                    219 S. Dearborn Street, Rm. 500
                    Chicago, Illinois 60604
                    (312) 353-5300

                    Andrew Sigler
                    Trial Attorney
                    National Security Division
                    Counterterrorism Section
                    950 Pennsylvania Ave., NW
                    Washington, D.C.   20530
                    (202) 353-7617

DATE: April 8, 2016