# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.
                                  Case No.: 1:16–cr–00181
                                  Honorable Sara L. Ellis

Aws Mohammed Younis Al–Jayab

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 29, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Defendant's motion for leave to exceed Local Rule page limit [49] is granted. Defendant's motion for leave to file necessary pleadings concerning surveillance issues and CIPA, and for leave to exceed Local Rule page limit [53] is granted. The briefing schedule on [50], [51], and [52] will follow the FISA briefing schedule with the government's responses due by 5/23/17, defendant's replies due by 6/27/17 and a ruling date set for 8/8/17 at 10:00 AM. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.