# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:16–cr–00181
　　　　　　　　　　　　　　　　　　　　　Honorable Sara L. Ellis

Aws Mohammed Younis Al–Jayab

　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 30, 2017:

　　　MINUTE entry before the Honorable Sara L. Ellis: as to Aws Mohammed Younis Al–Jayab, Status hearing held on 3/30/2017. Government provided Swiss documents to Defendant. Parties agree to briefing schedule for defense motions. Status hearing set for 4/18/2017 at 12:00 PM. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.