# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                           Case No.: 1:16–cr–00181
                                                                          Honorable Sara L. Ellis

Aws Mohammed Younis Al–Jayab

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 18, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: as to Aws Mohammed Younis Al–Jayab, Status hearing held on 4/18/2017. The Court grants Defendant's motion to appoint Dr. Stephen Xenakis. Without objection, time is excluded in the interest of justice through trial date pursuant to 18 U.S.C. §3161(h) (7)(A), (h)(7)(B)(iv) and 18 U.S.C. §3161(h)(7)(B)(ii). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.