# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AWS MOHAMMED YOUNIS ) <br> AL-JAYAB, ) <br> Defendant. ) <br> ) | No. 16 CR 181 <br> Judge Sara L. Ellis |

## NOTICE OF MOTION

TO:   All Counsel of Record (ECF)

**PLEASE TAKE NOTICE** that on June 22, 2017, at 1:45 p.m., or as soon thereafter as we may be heard, we shall appear before Judge Sara L. Ellis, in Courtroom 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's Unopposed Motion for an Extension of Time to File Any Replies in Support of His Pretrial Pleadings, a copy of which is hereby served upon you.

Respectfully submitted,

/s/Joshua G. Herman
**JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
Fax: (312) 663-3707
jherman@joshhermanlaw.com

1

**CERTIFICATE OF SERVICE**

      Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing Notice of Motion was served on June 20, 2017, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                      **/s/ Joshua G. Herman**
                                      53 W. Jackson, Blvd., Suite 1650
                                      Chicago, IL 60604
                                      Tel: (312) 909-0434
                                      Fax: (312) 663-3707
                                      jherman@joshhermanlaw.com