# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:16–cr–00181 |
| | Honorable Sara L. Ellis |
| Aws Mohammed Younis Al–Jayab | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 21, 2017:

MINUTE entry before the Honorable Sara L. Ellis as to Aws Mohammed Younis Al–Jayab: Defendant's unopposed motion for an extension of time to file any replies in support of his pretrial pleadings[65] is granted. Defendant's replies are due by 7/7/17. Ruling date of 8/8/17 to stand. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.