IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16 CR 181 |
| | ) | Judge Sara L. Ellis |
| AWS MOHAMMED YOUNIS AL-JAYAB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF MOTION**

TO:   All Counsel of Record (ECF)

**PLEASE TAKE NOTICE** that on Tuesday, July 18, 2017, at 10:00 a.m., or as soon thereafter as we may be heard, we shall appear before Judge Sara L. Ellis, in Courtroom 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's Motion for Leave to Exceed Local Rule Page Limit, a copy of which is hereby served upon you.

Respectfully submitted,

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**

LAW OFFICE OF JOSHUA G. HERMAN
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
Fax: (312) 663-3707
jherman@joshhermanlaw.com

## CERTIFICATE OF SERVICE

Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing Notice of Motion was served on July 7, 2017, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
Fax: (312) 663-3707
jherman@joshhermanlaw.com