# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                         Case No.: 1:16–cr–00181
                                                          Honorable Sara L. Ellis

Aws Mohammed Younis Al–Jayab

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 11, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: as to Aws Mohammed Younis Al–Jayab, In court hearing held on 10/11/2017. In Court hearing set for 10/19/2017 at 3:00 PM. Defendant's motion on combatant immunity is due November 13, 2017, the government's response is due November 27, and the defendant's reply is due December 4, 2017. Oral motion by United States for early return of trial subpoenas is granted as to both parties. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.