UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AWS MOHAMMED YOUNIS AL-JAYAB | No. 16 CR 181<br><br>Judge Sara L. Ellis |

NOTICE OF INTENT TO USE FOREIGN RECORDS OF REGULARLY
CONDUCTED ACTIVITY PURSUANT TO 18 U.S.C. § 3505

The United States, through its attorney Joel R. Levin, Acting United States Attorney for the Northern District of Illinois, hereby provides notice to the Court and to defendant Aws Mohammed Younis Al-Jayab, that pursuant to 18, United States Code, Section 3505, the Government intends to offer into evidence foreign records of regularly conducted activity of Skylogic SpA, an Eutelsat Company, based in Turino, Italy. The Skylogic records have previously been provided to counsel for the defendant.

Respectfully Submitted,

JOEL R. LEVIN
Acting United States Attorney

By:  /s/ Barry Jonas
Barry Jonas
Shoba Pillay
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300

DATE: November 2, 2017