# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.

Aws Mohammed Younis Al–Jayab

                      Defendant.

Case No.: 1:16–cr–00181
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 8, 2017:

    MINUTE entry before the Honorable Sara L. Ellis: as to Aws Mohammed Younis Al–Jayab, CIPA hearing with the government held on 12/1/2017. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.