IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16 CR 181 |
| | ) | Judge Sara L. Ellis |
| AWS MOHAMMED YOUNIS AL-JAYAB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT AWS MOHAMMED YOUNIS AL-JAYAB'S MOTION TO DISMISS THE INDICTMENT BASED ON COMBATANT IMMUNITY**

Defendant, **AWS MOHAMMED YOUNIS AL-JAYAB**, by and through his attorneys, **THOMAS ANTHONY DURKIN, ROBIN V. WATERS,** and **JOSHUA G. HERMAN**, respectfully moves this Court, pursuant to the doctrine of combatant immunity as recognized in common law and international law, Fed. R. Crim. P. 12(b), and the Due Process and Effective Assistance of Counsel clauses of the Fifth and Sixth Amendments to the Constitution of the United States, hereby moves to dismiss the Indictment (Dkt. #1).

Counsel submit that the Indictment must be dismissed because the doctrine of combatant immunity precludes the domestic prosecution of a lawful combatant who attempted to or engaged in recognized hostilities. More specifically, the Indictment charges that Mr. Al-Jayab violated 18 U.S.C. § 2339A by attempting to provide material support, namely himself, knowing and intending that that support would be used in a conspiracy to kill, kidnap, or maim persons outside of the United States, in violation of 18 U.S.C. § 956(a)(1). (Dkt. #1). The government will argue that this offense was committed when Mr. Al-Jayab travelled to Syria in late 2013 and early 2014 and attempted to or engaged in hostilities. However, assuming the allegations to be

true for the purpose of the motion, the alleged conduct is privileged because Mr. Al-Jayab was a protected, lawful combatant as recognized by long-standing common law principles.

Moreover, Mr. Al-Jayab's conduct was privileged under international law because the Syrian War was an international armed conflict, or more specifically an internationalized armed conflict, and Mr. Al-Jayab was associated with Syrian opposition groups that qualify for combatant immunity under international law. Those organized groups were opposed to the regime of Bashar al-Assad, just as the United States was and continues to be through its own direct and indirect involvement in the Syrian War.

In support of this motion, Defendant, through counsel, submits a memorandum of law in support, filed simultaneously herewith.

Respectfully submitted,

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**

/s/ Robin V. Waters
**ROBIN V. WATERS,**

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**,
Attorneys for Defendant
Aws Mohammed Younis Al-Jayab.

**DURKIN & ROBERTS**
2446 North Clark Street
Chicago, Illinois 60614
Tel: 312-981-0123
tdurkin@durkinroberts.com

**JOSHUA G. HERMAN**
**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com

## **CERTIFICATE OF SERVICE**

      Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing Defendant Aws Mohammed Younis Al-Jayab's Motion to Dismiss the Indictment Based on Combatant Immunity was served on January 16, 2018, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.1, and LCrR 49.2, pursuant to the district court's system as to ECF filers.

      /s/ Joshua G. Herman
**JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com