**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16 CR 181 |
| | ) | Judge Sara L. Ellis |
| AWS MOHAMMED YOUNIS AL-JAYAB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO EXCEED LOCAL RULE PAGE LIMIT**

Defendant, **AWS MOHAMMED YOUNIS AL-JAYAB**, by and through his attorneys, **THOMAS ANTHONY DURKIN, ROBIN V. WATERS,** and **JOSHUA G. HERMAN**, hereby moves for leave to exceed the page limit set forth in Local Rule 7.1.

In support of this Motion, Defendant, through counsel, shows to the Court the following:

1. On January 16, 2018, counsel filed Defendant's Memorandum of Law in Support of Motion to Dismiss the Indictment Based on Combatant Immunity (Dkt. #92). Excluding the cover sheet, tables of contents and authorities, and certificate of service, the pleading was 53 pages in length.

2. The Memorandum presents complex factual and legal issues concerning the Syrian War and the doctrine of combatant immunity. Many of the issues presented in the Memorandum are unique to this case and required extensive analysis. Due to the nature and complexity of the issues, counsel was unable to provide an adequate presentation of this material within the 15-page limit provided by local rule. While counsel regrets exceeding the page limit, counsel respectfully submits that it was necessary to do so given the unique and important issues presented in the Memorandum.

WHEREFORE, counsel respectfully requests leave to the Reply at Dkt. #92 in excess of the standard page limit.

Respectfully submitted,

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**

/s/ Robin V. Waters
**ROBIN V. WATERS,**

/s/ A. Matthew Durkin
**A. MATTHEW DURKIN,**

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**,
Attorneys for Defendant
Aws Mohammed Younis Al-Jayab.

**DURKIN & ROBERTS**
2446 North Clark Street
Chicago, Illinois 60614
Tel: 312-981-0123
Fax: 312-913-9235
tdurkin@durkinroberts.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
Fax: (312) 663-3707
jherman@joshhermanlaw.com

## CERTIFICATE OF SERVICE

Joshua G. Herman Attorney at Law, hereby certifies that the foregoing Motion for Leave to Exceed Local Rule Page Limit was served on January 17, 2018, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5., LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Joshua G. Herman
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
Fax: (312) 663-3707
jherman@joshhermanlaw.com