UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 16 CR 181 |
| v. | |
| AWS MOHAMMED YOUNIS AL-JAYAB | Judge Sara L. Ellis |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

The United States of America, by and through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court for an extension of time to file its response to the defendant's Motion to Dismiss.

In support of this motion the government submits the following:

1.      On March 17, 2016, the defendant was charged with one count of violating Title 18, United States Code, Section 2339A. R.1. More specifically, defendant was charged with attempting to provide material support and resources, namely, personnel (including himself), knowing and intending that they were to be used in the preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956(a)(1) (conspiracy to kill, kidnap, maim, or injure persons outside of the United States).

2.      On January 16, 2018, the defendant filed a 53 page motion to dismiss. R. 92. The premise of the motion is that the defendant is a lawful

1

combatant who had engaged in a recognized international conflict as a member of a militia belonging to a party to the conflict.

3.    Based on the nature of the motion, the government's response will require coordination among multiple departments of the United States government, to include the National Security Division of the Department of Justice, the Defense Department, the State Department and other agencies.

4.    The government's response is currently due on February 20, 2018. The government anticipates that coordinating the response among multiple departments will be take an extensive period of time. Therefore, the government is requesting an additional 59 days, to and including April 20, 2018, to file its response.

5.    The government conferred with Thomas Durkin and Joshua Herman, counsel for the defendant, who have stated that they no objection to the government's request based on the assumption that the extension will not impact the trial date, currently scheduled for September 17, 2018.

Whereas, the United States of America respectfully moves this Court for an extension of time of 59 days, to and including April 20, 2018, to file its response to the defendant's Motion to Dismiss.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s/ *Barry Jonas*
BARRY JONAS
SHOBA PILLAY
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300

Andrew Sigler
Trial Attorney
National Security Division
Counterterrorism Section
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 353-7617

Dated: February 16, 2018

3