UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

UNITED STATES OF AMERICA
                            Plaintiff,

v.                                             Case No.: 1:16–cr–00181
                                                           Honorable Sara L. Ellis

Aws Mohammed Younis Al–Jayab
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 22, 2018:

      MINUTE entry before the Honorable Sara L. Ellis as to Aws Mohammed Younis Al–Jayab (1) : Government's unopposed motion for extension of time [96] is granted. Government's response to motion to dismiss is due by 4/20/18 and Defendant's reply is due by 5/11/18. The Court strikes the ruling date of 5/8/18 and resets it to 7/31/18 at 10:00 AM. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.