IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16 CR 181 |
| | ) | Judge Sara L. Ellis |
| AWS MOHAMMED YOUNIS AL-JAYAB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT AWS MOHAMMED YOUNIS AL-JAYAB'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES**

Defendant, **AWS MOHAMMED YOUNIS AL-JAYAB,** by and through his attorneys, **THOMAS ANTHONY DURKIN**, **ROBIN V. WATERS**, and **JOSHUA G. HERMAN**, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, as well as the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully moves for leave to file supplemental authorities in support of his Motions to Suppress Evidence Obtained or Derived from Warrantless Surveillance Under Section 702 of the FISA Amendments Act (Dkt. #47, 48), and for Notice of Surveillance Techniques Used During the Course of the Investigation (Dkt. #52).

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. On March 14, 2017, counsel filed Defendant's Motion to Suppress Evidence Obtained or Derived from Warrantless Surveillance Under Section 702 of the FISA Amendments Act (Dkt. #47) and Memorandum of Law in Support (Dkt. #48), as well as Defendant's Motion for Notice of Surveillance Techniques Used During the Course of the Investigation (Dkt. #52). Both motions seek, among other relief, the disclosure of the underlying FISA certifications,

applications, orders and directives related to the FISA surveillance in this case. These motions have been fully briefed.

2. Defendant now seeks leave to file supplemental authorities in support of those motions. Specifically, Defendant requests leave to file the pleading that is attached hereto as Exhibit 1 and is captioned, "Defendant Aws Mohammad Younis Al-Jayab's Submission of Supplemental Authorities in Support of His Motions to Suppress Evidence Obtained or Derived from Warrantless Surveillance Under Section 702 of the FISA Amendments Act (Dkt. 47, 48) and For Notice of Surveillance Techniques Used During the Course of the Investigation (Dkt. 52)." As set forth in the attached pleading, Defendant presents additional authorities supporting his arguments for the disclosure of FISA materials in this case.

WHEREFORE, for the above stated reasons, as well as those set forth in the attached pleading, Defendant respectfully seeks leave to submit supplemental authorities.

Respectfully Submitted,

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**

/s/ Robin V. Waters
**ROBIN V. WATERS,**

/s/ Joshua G. Herman
**JOSHUA G. HERMAN,**
Attorneys for Defendant
Aws Mohammed Younis Al-Jayab.

**DURKIN & ROBERTS**
2446 North Clark Street
Chicago, IL 60614
Tel: (312) 981-0123
Fax: (312) 913-9235
tdurkin@durkinroberts.com
rwaters@durkinroberts.com

**LAW OFFICES OF JOSHUA G. HERMAN**
53 West Jackson Blvd., Suite 1650
Chicago, IL 60604
Tel: (312) 909-0434
Fax: (312) 663-3707
jherman@joshhermanlaw.com

Case: 1:16-cr-00181 Document #: 99 Filed: 04/04/18 Page 3 of 4 PageID #:872

## CERTIFICATE OF SERVICE

      Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Defendant's Motion for Leave to File Supplemental Authorities, was served on April 4, 2018, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5., LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                          /s/ Thomas Anthony Durkin
                                          **THOMAS ANTHONY DURKIN,**
                                          Attorney at Law.