UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AWS MOHAMMED YOUNIS AL-JAYAB | No. 16 CR 181<br><br>Judge Sara L. Ellis |

## NOTICE OF MOTION

To: Thomas A. Durkin
Durkin & Roberts
2446 North Clark Street
Chicago, Illinois 60614

Joshua G. Herman
Law Office of Joshua G. Herman
53 West Jackson Blvd., Suite 1650
Chicago, Illinois 60604

Please take notice that on April 25, 2018, at 10:00 a.m., we shall appear before the Honorable Sara L. Ellis, and shall then and there present the Government's Motion to File *Instanter* a Brief in Excess of Fifteen Pages, a copy of which was served upon you via the CM/ECF system at Docket Number 103.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s/ *Shoba Pillay*
SHOBA PILLAY
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604
(312) 353-5300

Dated: April 20, 2018