# EXHIBIT A

# DURKIN & ROBERTS
―― ATTORNEYS AND COUNSELORS ――

THOMAS ANTHONY DURKIN
tdurkin@durkinroberts.com

2446 NORTH CLARK STREET
CHICAGO, ILLINOIS 60614

TELEPHONE (312) 981-0123
FACSIMILE (312) 913-9235

October 11, 2017

**BY U.S. & ELECTRONIC MAIL**

Barry Jonas
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604
(*Email: barry.jonas@usdoj.gov*).

              Re: *United States v. Al-Jayab,*
                  *Case No. 16 CR 181*

Dear Mr. Jonas:

  On behalf of Aws Mohammed Younis al-Jayab ("al-Jayab"), we submit this formal written request for discovery. This letter supplements our initial discovery letter dated June 30, 2016. We recognize that the government's discovery productions have been voluminous in this case, but believe that additional documents and information that are significantly material to the defense exist and should be produced. The documents and information requested below are discoverable under the Fifth and Sixth Amendments to the United States Constitution, *Brady v. Maryland*, 373 U.S. 83 (1963), Federal Rule of Criminal Procedure 16, USAM 9-5.001, and the January 4, 2010 Ogden memorandum ("Ogden Memo") (reprinted at Criminal Resource Manual 165), and other provisions of federal law set forth below. We ask that you provide the discovery requested in this letter and advise us in writing of any specific requests for which the government declines to comply, so that we may consider filing the appropriate discovery motions before the Court. If any of the requested materials have already been reproduced, then we are not seeking that they be re-produced, but would request that you identify where those records can be located in the productions.

  The documents[1] and information requested include not only documents and information in the possession, custody, or control of your office, but also documents and information in the possession, custody, or control of any agency allied with the prosecution, including the Federal Bureau of Investigation, the Department of Homeland Security, the Office of the Director of National Security, the National Security Agency, the Department of Defense, and the National Security Division of the Department of Justice (collective, "the government").

---

[1] The word "documents" includes all books, papers, letters, correspondence, e-mails, notebooks, reports, memoranda, studies, diaries, notes, messages, computer facilitated or transmitted materials, images, photographs, information in any computer database, audio and video tapes, recordings, transcripts, ledgers, printouts and all copies or portions thereof, and any other written, recorded, or memorialized material of any nature whatsoever. As used in this letter, the words "and" and "or" mean "and/or," and the words "includes" and "including" mean "includes (or including)" without limitation.

AUSA Barry Jonas
October 11, 2017
Page 2

As set forth more detail in the specific requests identified below, the documents and information we seek pertain to the U.S. government's involvement and participation in the armed conflict in Syria. We make this request after, among other things, our ongoing review of the discovery material produced thus far, as well as our review of publicly disclosed information concerning the U.S. government's role in the Syrian conflict from 2012 through 2017. The government's involvement in the Syrian conflict thus covers the time period alleged in the indictment (*i.e.*, October 2012 through January 23, 2014).

As set forth in numerous public news articles and reports, the U.S. government, specifically through its Central Intelligence Agency, has funded, trained, and armed individuals and groups that participated in the Syrian conflict.[2] This program was reportedly first proposed in the summer of 2012 by then C.I.A. director David H. Petraeus. President Obama implemented it through a formal finding that authorized the C.I.A. to covertly arm and train groups of rebels at bases in Jordan. It was given the code-name "Timber Sycamore." Some news reports indicate that President Obama's formal finding was made no later than the summer of 2012.[3] Through this formal finding and public statements, President Obama and other officials recognized the Syrian opposition and legitimacy of its fight against the al-Assad regime. *See* Mark Landler and Michael R. Gordon, *Obama Says U.S. Will Recognize Syrian Rebels*, N.Y. Times, Dec. 11, 2012.

President Trump's administration abruptly terminated U.S. government support for Syrian rebels through the C.I.A. program. Indeed, on July 24, 2017 at 9:23 pm, President Trump tweeted as follows: "The Amazon Washington Post fabricated the facts on my ending massive, dangerous, and wasteful payments to Syrian rebels fighting Assad...." The termination of the program was corroborated in numerous public news sources.[4]

In short, it is beyond dispute that the U.S. government was funding, training, arming, and otherwise supporting Syrian rebel groups who were aligned against Bashar al-Assad. Moreover, these U.S. government activities occurred squarely during the time period covered in the indictment, October 2012 through January 23, 2014, and more specifically the time period during

---

[2] *See, e.g.*, Mark Mazzetti, Adam Goldman, Michael S. Schmidt, *Behind the Sudden Death of a $1 Billion Secret C.I.A. War in Syria*, N.Y. Times, Aug. 2, 2017.

[3] *See* Mark Hosenball, *Obama authorizes secret support for Syrian rebels*, Reuters, Aug. 1, 2012 ("Obama's order, approved earlier this year and known as an intelligence "finding," broadly permits the CIA and other U.S. agencies to provide support that could help the rebels oust Assad.").[3] Indeed, news articles from the spring and summer of 2013 reported how the C.I.A. was arming Syrian rebels. *See* dam Entous & Julian E. Barnes, *U.S. to Arm Syrian Rebels*, Wall St. J., June 14, 2013; C.J. Chivers & Eric Schmitt, *Arms Airlift to Syria Rebels Expands, With Aid from C.I.A.*, N.Y. Times, Mar. 24, 2013.

[4] *See* Faysal Itani, *The End of American Support for Syrian Rebels Was Inevitable*, The Atlantic, July 21, 2017 (describing fighters being on the "U.S. payroll" and stating "Without U.S. support, the rebels cannot survive continued war against the Assad regime and its allies."); Greg Jaffe and Adam Entous, *Trump ends covert CIA program to arm anti-Assad rebels in Syria, a move sought by Moscow*, Wash. Post, July 19, 2017.

AUSA Barry Jonas
October 11, 2017
Page 3

which Mr. al-Jayab is alleged to have been in Syria: in or around November/December 2013 through January 2014.[5]

As is apparent from the public disclosures and news reports discussed herein and also available elsewhere, while the government's support for Syrian rebels is clear, many details of that support are not so clear. Accordingly, we are seeking additional documents and information concerning the government's involvement in Syria, most specifically before and during the time period in which Mr. al-Jayab was allegedly in Syria. This information is directly relevant and material to a defense that Mr. al-Jayab was a lawful combatant under United States law, and is thus immune from prosecution under 18 U.S.C. § 2339A. Such discovery is also necessary for Mr. al-Jayab to raise a public-authority defense pursuant to Fed. R. Crim. P. 12.3. Additionally, the mere fact that the U.S. government was, in fact, funding, training, arming, and supporting Syrian rebels aligned against Bashar al-Assad while Mr. al-Jayab was allegedly in Syria is highly material to Mr. al-Jayab's state of mind. Disclosure of the information set forth below should also consider being made under *Brady* and its progeny.

Thus, for all the above reasons, we request that the government provide discovery regarding the following documents and information:

i. Any and all documents, records, and information related to any presidential order, executive order, "intelligence finding" authorizing the involvement of the U.S. government and its agencies, including but not limited to the C.I.A., the Office of the Director of National Intelligence, and the Department of Defense, to fund, train, arm, or otherwise support any rebel group located in Syria;

ii. Any and all documents, records, and information related to any presidential order, executive order, "intelligence finding" withdrawing the authorization of the involvement of the U.S. government and its agencies, including but not limited to the C.I.A., the Office of the Director of National Intelligence, and the Department of Defense to fund, train, arm, or otherwise support any rebel group located in Syria;

iii. Any and all documents, records, and information concerning the providing of funds, arms, training, and any other support by the U.S. government and its agencies, including but not limited to the C.I.A., the Office of the Director of

---

[5] Ernesto Londoño and Greg Miller, *CIA begins weapons delivery to Syrian rebels*, Wash. Post, Sept. 11, 2013; Greg Miller, *CIA ramping up covert training program for moderate Syrian rebels*, Wash. Post, Oct. 2, 2013; Mark Mazzetti and Ali Younes, *C.I.A. Arms for Syrian Rebels Supplied Black Market, Officials Say*, N.Y. Times, June 26, 2016 ("The training program, which in 2013 began directly arming the rebels under the code name Timber Sycamore, is run by the C.I.A. and several Arab intelligence services and aimed at building up forces opposing President Bashar al-Assad of Syria. The United States and Saudi Arabia are the biggest contributors, with the Saudis contributing both weapons and large sums of money, and with C.I.A. paramilitary operatives taking the lead in training the rebels to use Kalashnikovs, mortars, antitank guided missiles and other weapons.").

AUSA Barry Jonas
October 11, 2017
Page 4

    National Intelligence, and the Department of Defense, made pursuant to any authorization noted in request (i) above, and to any Syrian rebel group, including but limited to the Free Syrian Army, the Islamic Front, Jabhat al-Nusra, the Nusra Front, Ansar al-Islam, Ahrar al-Sham, ISIL/ISIS or any forces in Syria that were affiliated with aforesaid groups; and,

iv. Any and all documents, records, and information concerning the association, including through joint military operations and the sharing of arms and equipment, between any Syrian rebel group, supported by the C.I.A., the Office of the Director of National Intelligence, and the Department of Defense, and the Islamic Front, Jabhat al-Nusra, the Nusra Front, Ansar al-Islam, Ahrar al-Sham, ISIL/ISIS or any forces in Syria that were affiliated with aforesaid groups.

  These requests are not intended to be all-inclusive, and may be supplemented upon further investigation into these matters. Should any of the documents and information be classified, we would have no objection to their production in a classified setting.

  Please feel free to call us about this at your convenience as we would be happy to discuss these requests further.

                Sincerely yours,

                Thomas Anthony Durkin

                Joshua G. Herman

TAD/smb

cc: AUSA Shoba Pillay
   Andrew Sigler
   Ben Galloway
   Sean Riordan