**Filed with the Classified Information Security Officer**
CISO
Date 6/28/18

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 16 CR 181 |
| v. ) | |
| ) | Judge Sara L. Ellis |
| AWS MOHAMMED YOUNIS AL-JAYAB, ) | |
| ) | FILED UNDER SEAL WITH THE |
| Defendant. ) | CLASSIFIED INFORMATION |
| ) | SECURITY OFFICER |

## OPINION AND ORDER