# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                 Case No.: 1:16–cr–00181
                                                 Honorable Sara L. Ellis

Aws Mohammed Younis Al–Jayab

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 18, 2018:

    MINUTE entry before the Honorable Sara L. Ellis: as to Aws Mohammed Younis Al–Jayab, The Court strikes status hearing set for 7/31/2018 and reset for 8/1/2018 at 10:00 AM. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.