# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                             Case No.: 1:16–cr–00181
                                                   Honorable Sara L. Ellis

Aws Mohammed Younis Al–Jayab

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 7, 2018:

      MINUTE entry before the Honorable Sara L. Ellis as to Aws Mohammed Younis Al–Jayab: Status hearing held. For the reasons stated on the record, Defendant's motion to dismiss the Indictment Based on Combatant Immunity [91] is denied. Jury trial reset to 9/24/2018 at 9:00 a.m. Pretrial conference set for 9/18/2018 at 2:00 p.m. Ex parte hearing set for 8/16/2018 at 10:00 a.m. with Government's counsel. Both sides to disclose experts by 8/14/20185. Motions in limine and any Daubert motions to be filed by 8/24/2018. Responses to be filed by 8/31/2018. By 8/24/2018, Defendant to advise Government's counsel and are to file his notice of Combatant Immunity defense. Defendant is further given leave to file his motion for a jury questionnaire by 8/24/2018, after consultation with Government's counsel. Parties are to submit proposed jury instructions (including any disagreements), proposed statement of the case, and proposed voir dire by 8/31/2018. Without objection, time is excluded in the interest of justice and for preparation for trial through 9/24/2018 pursuant to 18 U.S.C. §3161(h) (7)(A), (h)(7)(B)(iv) and 18 U.S.C. §3161(h)(7)(B)(ii). Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.