
FILED
OCT 29 2010
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AWS MOHAMMED YOUNIS AL-JAYAB | No. 16 CR 181<br>Judge Sara L. Ellis<br><br>Violation: Title 18, United States Code, Section 2339B<br><br>**Superseding Information** |

The UNITED STATES ATTORNEY charges:

At times material to this information:

1.   On or about February 20, 2003, the United States Secretary of Treasury designated Ansar Al-Islam as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224. On or about March 22, 2004, the United States Secretary of State designated Ansar Al-Islam as a foreign terrorist organization under Section 219 of the Immigration and Nationality Act.

2. Beginning no later than in or about October 2012, and continuing until on or about January 23, 2014, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

AWS MOHAMMED YOUNIS AL-JAYAB,

defendant herein, knowingly provided material support and resources, namely personnel, to a foreign terrorist organization, namely Ansar Al-Islam, knowing that the organization was a designated foreign terrorist organization, and that the organization had engaged in and was engaging in terrorist activity and terrorism;

In violation of Title 18, United States Code, Section 2339B.

UNITED STATES ATTORNEY