86

AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

OCT 3 1 2018

JUDGE SARA L. ELLIS
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

AWS MOHAMMED YOUNIS AL-JAYAB

WAIVER OF INDICTMENT

CASE NUMBER: 16 CR 181
Hon. Sara. L. Ellis

I, Aws Mohammed Younis Al-Jayab, the above named defendant, who is accused of knowingly providing material support and resources, namely personnel, to a foreign terrorist organization, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on October 31, 2018, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Aws Mohammed Younis Al-Jayab
Defendant

_____
Thomas A. Durkin
Counsel for Defendant

Before _____
Judge Sara L. Elllis