

**FILED**

NOV 0 5 2018

**JUDGE SARA L. ELLIS**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

AWS MOHAMMED YOUNIS AL-JAYAB

No.  16 CR 181
Judge Sara L. Ellis

Violation: Title 18, United States
Code, Section 2339B

**Revised Superseding**
**Information**

The UNITED STATES ATTORNEY charges:

At times material to this information:

1.       On or about February 20, 2003, the United States Secretary of Treasury designated Ansar Al-Islam as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224. On or about March 22, 2004, the United States Secretary of State designated Ansar Al-Islam as a foreign terrorist organization under Section 219 of the Immigration and Nationality Act.

2.      Beginning no later than in or about October 2012, and continuing until on or about January 23, 2014, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### AWS MOHAMMED YOUNIS AL-JAYAB,

defendant herein, knowingly provided material support and resources, namely personnel, to a foreign terrorist organization, namely Ansar Al-Islam, knowing that the organization was a designated foreign terrorist organization;

In violation of Title 18, United States Code, Section 2339B.

_____
UNITED STATES ATTORNEY

2