**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

UNITED STATES OF AMERICA

                                                    Plaintiff,

v.                                                                              Case No.: 1:16–cr–00181
                                                                                Honorable Sara L. Ellis

Aws Mohammed Younis Al–Jayab

                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 13, 2019:

        MINUTE entry before the Honorable Sara L. Ellis: as to Aws Mohammed Younis Al–Jayab, Defendant ordered to appear and be transported by U.S. Marshals Service. Sentencing set for 5/24/2019 is stricken and reset for 7/15/2019 at 9:30 AM. Sentencing memoranda and any objections filed by the Defendant to the presentence investigation report should be filed in writing with the Clerk of Court with courtesy copy provided to chambers through Courtroom Deputy on or before 7/1/2019. Sentencing memoranda and any objections filed by the Government to the presentence investigation report should be filed in writing with the Clerk of Court with courtesy copy provided to chambers through Courtroom Deputy on or before 7/8/2019. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.